1014

[No. 425-3. Division Three. April 25, 1972.]

MARIE E. REID, *Respondent*, v. MOUNTAIN VISTA NURSING HOME, *Appellant*.

[No. 752-1. Division Three. April 3, 1972.]

EUGENE C. SPROUT *et al.*, *Respondents*, v. ALTON C. CAMPBELL *et al.*, *Appellants*.

[No. 902-1. Division Three. April 3, 1972.]

CZESLAW WOJCIK *et al.*, *Appellants*, v. JOHN EDWARD ANDREWS *et al.*, *Respondents*.

[No. 983-1. Division Three. April 3, 1972.]

THE STATE OF WASHINGTON, *Plaintiff*, v. STEPHEN WILSON, *Defendant*, ALEX KESSACK, *Appellant*.

[No. 1077-1. Division One—Panel 1. April 3, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD VAN DUREN, *Appellant*.

[No. 1085-1. Division One—Panel 1. April 3, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD RAY MILLER, *Appellant.*

[No. 1125-1. Division One—Panel 1. April 3, 1972.]

HENRY L. DANIELS et al., *Appellants,* v. WASHINGTON ASPHALT COMPANY et al., *Respondents.*

[No. 968-1. Division One—Panel 1. April 10, 1972.]

JAMES L. SIMMONS, *Appellant,* v. WM. H. SIMMONS et al., *Respondents.*

[No. 1130-1. Division One—Panel 1. April 10, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL L. BRADLEY, *Appellant.*

[No. 835-1. Division One—Panel 1. April 10, 1972.]

DALE A. CROWE, *Appellant,* v. ROTHENBUHLER ENGINEERING et al., *Respondents.*